## 13642.  LAMBERT *v.* THE STATE.

LUKE, J. The evidence authorized the defendant's conviction. The special ground of the motion for a new trial upon the ground of newly discovered evidence falls within the rule that it is impeaching and cumulative and would not likely produce a different result upon another trial. It was not error to overrule the motion for a new trial.

*Judgment affirmed. Broyles, C. J., and Bloodworth, J., concur.*
DECIDED JULY 11, 1922.

Indictment for larceny; from Polk superior court — Judge Tison. April 27, 1922.

*M. J. Head, Mundy & Watkins,* for plaintiff in error.

*J. A. Wright, solicitor,* contra.